**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY ZAVALA,<br><br>**Plaintiff,**<br><br>v.<br><br>WHITELOCKE & ASSOCIATES, LLC,<br><br>**Defendant.** | Case No.: 2:17-CV-06505-DMG-MRW<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND AWARD OF COSTS**<br><br>HONORABLE DOLLY M. GEE |

Having considered Plaintiff ANTHONY ZAVALA's ("Plaintiff") Motion for Default Judgment and Award of Costs against Defendant WHITELOCKE & ASSOCIATES, LLC ("Defendant"), IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Accordingly, Plaintiff is awarded:

    a. $25,000.00 in statutory damages;

    b. $495.00 in costs; and

    c. _____.

**IT IS SO ORDERED.**

Dated: _____

                                              HON. DOLLY M. GEE
                                              U.S. DISTRICT COURT JUDGE

**[PROPOSED] ORDER**