JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ZAVALA,<br><br>           Plaintiff,<br><br>    v.<br><br>WHITELOCKE & ASSOCIATES, LLC,<br><br>           Defendant. | Case No.: CV 17-6505-DMG (MRWx)<br><br>**JUDGMENT** |

On January 12, 2018, this Court having granted Plaintiff's motion for default judgment [Doc. # 20],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Anthony Zavala and against Defendant Whitelocke and Associates, LLC in the amount of $25,000 in statutory damages and $495 in litigation costs.

DATED: January 12, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-